# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
**Eastern Division**

## JUDGMENT IN A CIVIL CASE

TIMOTHY MURLEY,
Plaintiff,

v.

ROBERT D. PRESTON, ET AL.,
Defendant,

CASE NUMBER: 1:11-cv-1246-T

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 1/3/2013, the complaint is DISMISSED without prejudice for failure to serve process, pursuant to Fed. R. Civ. P. 4(m).

**APPROVED:**

s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**